UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA

-vs-                                                              Case No.  5:03-cr-47-Oc-10GRJ

ANTHONY DWAYNE POMPEY
_____/

**O R D E R**

On January 12, 2004, Defendant Anthony Dwayne Pompey pled guilty to one count of distribution of more than five grams of cocaine base, in violation of 21 U.S.C § 841(a)(1) and 841 (b)(1)(B) (Doc. 23).  At the sentencing hearing held on April 21, 2004, the Court granted the United States' motion for a downward departure pursuant to U.S.S.G. § 5K1.1 and sentenced the Defendant to a term of 64 months imprisonment.  Judgment was entered accordingly on April 22, 2004 (Doc. 30).

This case is presently before the Court for consideration of the "Motion by the United States for Reduction in Sentence Pursuant to Fed. R. Crim. P. 35(b)" (Doc. 33).  The Government's motion recites that "[s]ince his sentencing, the Defendant has continued to assist law enforcement, which assistance, the government views as substantial assistance."  In particular, the Defendant provided information to the Government which resulted in another defendant in a related case pleading guilty.  The Government recommends a two-level reduction, placing the Defendant in the guideline range of 46 - 57 months.

The Government must demonstrate pursuant to Rule 35(b)(1) that after sentencing, the Defendant provided substantial assistance in investigating or prosecuting another person, and also that a reduction in the Defendant's sentence accords with the Sentencing Commission's guidelines and policy statement. The Government has made such a showing by explaining that the Defendant's assistance after his sentencing resulted in another defendant pleading guilty.

## Conclusion

Accordingly, upon due consideration of the Defendant's substantial assistance, it is ordered that:

(1) the "Motion by the United States for Reduction in Sentence Pursuant to Fed. R. Crim. P. 35(b)" (Doc. 33) is GRANTED;

(2) the commitment sentence imposed upon the Defendant Anthony Dwayne Pompey is hereby reduced from 64 months to 52 months;

(3) the judgment entered on April 22, 2004 (Doc. 30) is hereby amended to the extent set forth in this Order, and in all other respects, the judgment shall remain undisturbed; and

(4) the Clerk is directed to furnish a copy of this Order to counsel of record, the Defendant, the United States Marshal, the Bureau of Prisons, and the United States Probation Officer.

IT IS SO ORDERED.

DONE and ORDERED at Ocala, Florida this 26th day of April, 2005.

*[signature]*

UNITED STATES DISTRICT JUDGE

Copies to:   Counsel of Record
             Anthony Dwayne Pompey
             United States Marshal
             Bureau of Prisons
             United States Probation Office
             Maurya McSheehy, Courtroom Deputy