# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| | (For Revocation of Probation or Supervised Release) |
| v. | |
| | Case Number: 5:03-cr-47-Oc-10GRJ |
| ANTHONY DWAYNE POMPEY | USM Number: 43157-018 |
| | |
| | __Adam Allen, pda__ |
| | Defendant's Attorney |

**THE DEFENDANT:**

__X__ admitted guilt to violation of charge number(s) __1, 2, 3, 4, 5, 6, and 7__ of the term of supervision.

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1. | Possession of Cannabis, over 20 grams | December 22, 2007 |
| 2. | Resisting law enforcement officer with violence | December 22, 2007 |
| 3. | Fleeing and eluding a police officer | July 9, 2008 |
| 4. | Failure to submit written monthly reports. | July 5, 2008 |
| 5. | Possession of controlled substances | December 22, 2007 |
| 6. | Admission to use of controlled substance | January 8, 2008 |
| 7. | Associations with a person engaged in criminal activity. | December 22, 2007 |

The defendant is sentenced as provided in pages 1 and 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

January 7, 2009
Date of Imposition of Judgment

WILLIAM J. CASTAGNA
SENIOR UNITED STATES DISTRICT JUDGE

1-7-09
Date

Defendant:    Anthony Dwayne Pompey                     Judgment - Page  2  of  2
Case No.:     5:03-cr-47-Oc-10GRJ

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: **Twenty-Seven (27) months to run consecutive with the sentence imposed in state court in case nos. 07-CF-4209 and 08-CF-2331, Circuit Court of the Fifth Judicial Circuit Court in and for Lake County, Florida.**

__X__  The Court makes the following recommendations to the Bureau of Prisons: That the defendant be sent to FCI Coleman.

__X__  The defendant is remanded to the custody of the United States Marshal.

_____  The defendant shall surrender to the United States Marshal for this district:

   ___ at _____ a.m.   p.m.   on _____.

_____  as notified by the United States Marshal.

____ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ____ before 2 p.m. on _____.

   ____ as notified by the United States Marshal.

   ____ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at

_____ with a certified copy of this judgment.